UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-20 |
| | ) | |
| DEMETRIUS R. BOSTIC | ) | |

**SECOND AMENDED INFORMATION PURSUANT TO 21 U.S.C. § 851(a)(1)**

Comes now the United States of America, by its counsel, Adam L. Mildred, United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and further informs Defendant Demetrius R. Bostic that the United States intends to seek an enhanced sentence in the above-captioned case. In pertinent part, 21 U.S.C. § 851(a)(1) provides: "No person who stands convicted of an offense under this part shall be sentenced to increased punishment by reason of one or more prior convictions, unless before trial, or before entry of a plea of guilty, the United States attorney files an information with the court (and serves a copy of such information on the person or counsel for the person) stating in writing the previous convictions to be relied upon."

The United States informs the Defendant that it intends to rely on the

following previous serious drug felony, as defined in 21 U.S.C. § 802(57):

Distribution of Schedule II Controlled Substance, Cocaine Base "Crack", sentenced on or about July 7, 2004, in the United States District Court, Northern District of Indiana in case number 1:03-CR-82, and for which he served more than 12 months imprisonment. The defendant, Demetrius R. Bostic., was released from the service of any term of imprisonment within 15 years of the commencement of the offense described in Counts 1 and 2 of this Superseding Indictment.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

*/s/ Stacey R. Speith*
By: Stacey R. Speith
Assistant United States Attorneys
E. Ross Adair Federal Building
& United States Courthouse
1300 South Harrison Street
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail address: Stacey.speith@usdoj.gov